UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:13-cv-3783-AT |
| MARK MEGALLI, | |
| Defendant. | |

### J U D G M E N T

This action having come before the Court, the Honorable Amy Totenberg, United States District Judge, for consideration of the plaintiff's motion for summary judgment, and the Court having **GRANTED IN PART AND DENIED IN PART** said motion, it is

**Ordered and Adjudged** that judgment is entered against Defendant Mark Megalli and in favor of Plaintiff SEC on the following terms: Megalli is directed to pay $19,790.00 in disgorgement to the United States Treasury; Megalli is directed to pay pre-judgment interest on the above disgorgement amount in the amount of $3,633.71 to the United States Treasury; Megalli is directed to pay $38,580.00 in civil penalties to the United States Treasury; and Megalli is enjoined as provided in the December 15, 2015 Court's Order on Injunctive Relief.

Dated at Atlanta, Georgia, this 17th day of December, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ James Jarvis
         Deputy Clerk

Prepared and Entered
in the Clerk's Office
December 17, 2015
James N. Hatten
Clerk of Court

By: <u>  s/ James Jarvis           </u>
       Deputy Clerk